IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DUSTIN H. RAKER,

     Plaintiff,

v.                                                        4:20cv335–WS/HTC

THE STATE OF FLORIDA,
et al.,

     Defendants.

_____

<u>ORDER OF DISMISSAL</u>

Before the court is the magistrate judge's report and recommendation (ECF No. 10) docketed August 25, 2020. The magistrate judge recommends that the plaintiff's complaint and this case be dismissed pursuant to 28 U.S.C. § 1915A based on the plaintiff's failure to disclose his complete prior litigation history. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 10) is ADOPTED and incorporated into this order by reference.

2. The plaintiff's complaint and this action are DISMISSED without prejudice as malicious for abuse of the judicial process, pursuant to 28 U.S.C. § 1915A, and for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall close the file.

DONE AND ORDERED this _____7th_____ day of ___October___, 2020.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE